# United States Bankruptcy Court
## Southern District of Texas

In re 9G Holdings LLC
Debtor(s)

Case No. 25-33945 (ARP)
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

I, a Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: July 11, 2025

/s/ Dustin Marchand
Dustin Marchand/Member
Signer/Title